SANFORD R. COWAN et al., Respondents, v. RESIDENTIAL BUILDERS OF RUSSELL GARDENS, INC., Appellant.— The respective contracts did not entitle the buyers to a credit by reason of the seller's success in acquiring title to the parcels at a cost less than $5,000 for each parcel. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *post,* p. 792.]

■

ELEANOR L. FLETCHER, Respondent, v. JAMES H. VAN ALEN, Appellant.— No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.